Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__SOUTHERN__ District of __FLORIDA__
_____ Division

FILED BY ⎯SAS⎯ D.C.
JAN 21 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

__OBED MOLINA JR.__

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__" see attached "__

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

cat / div __1983 / 550 / Brow__
Case # _____
Judge _____ Mag __Rea__
Motn Ifp __Ao__ Fee pd $ __0__
Receipt # _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: OBED MOLINA JR. ~~"see attached" defendant list~~
   All other names by which you have been known: N/A
   ID Number: 511600950
   Current Institution: PAUL REIN FACILITY
   Address: P.O. BOX # 407003
   Ft. Lauderdale, Fl 33340
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: "see attached" defendant list
      Job or Title (if known):
      Shield Number:
      Employer:
      Address:
      City / State / Zip Code
      [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
      Name: "see attached" defendant list
      Job or Title (if known):
      Shield Number:
      Employer:
      Address:
      City / State / Zip Code
      [✓] Individual capacity   [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____"see attached" defendant list_____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
  Name _____"see attached" defendant list_____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  [✓] Individual capacity    [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitutional Amendments 4Th, 5Th, 6Th, ~~8Th~~, 14Th / Title 18 USC Sec. 241 & 242

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Coconut Creek Officers/ Margate Officers violated 5Th, 6Th, and 14Th under Color of law. The Judicial officers violated the 4Th Amendment by not providing proof of Oaths as adopted by the 14Th Amendment. ~~Public Defenders are denying me my 8Th Amendment, excessive bail.~~ The Clerk of Court is securitizing my indictment violating my 5Th Amendment. Title 18 USC Chapter 13 sec. 241 - conspiracy against Rights; Title 18 USC Chapter 13 sec. 242 Deprivation of Rights.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced state prisoner
[ ] Convicted and sentenced federal prisoner
[ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On 12/23/16 I was illegally detained and arrested violation of my 6Th Amendment Right defendant cannot cross-examine an Affidavit.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

My detention in the Broward County Jail is unlawful, violation of my 5Th Amendment Right due process, as adopted by the 14Th Amendment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C. What date and approximate time did the events giving rise to your claim(s) occur?

At 12/23/16 at approxiamately 10a.m. in Coconut Creek, Florida

    D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Every Officer(s) (Law enforcement); (Law enforcement court);

Clerk of Court who makes money with or from the 17th Judicial Circuit has colluded to securitize my indictment and profit from my incarceration has done it for money. Constitutional violations, deprivation of rights under color of law.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since my incarceration I've been held in the Broward County Jail on false imprisonment for the past 3 years. My mental health has degressed and Iam in constant paranoia of any law enforcement officials. The psychological effects of my detainment has played a major role in the way I view the world, due to the fraud that the justice system has conspired and colluded against me. I have not had the privilege to spend quality time with my family.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request a letter of apology from all actor(s) involved in this travesty of justice. I request that this incident be stricken from the official record and all proceeds from the securitization of my indictment be returned to me, that the full brunt of the law be brought to bear on the false actor(s) of this Constitutional and Civil Rights (1871) abridgement. I demand restitution in the amount of $200,000,000 million (Two Hundred Million) in lawful currency (Gold or silver coin) Federal Reserve Notes (FRN) ~~maybe acceptable~~, means of ~~payment~~. Compensation.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Broward County Jail ( Paul Rein Facility )_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[✓] No

E. If you did file a grievance:

1. Where did you file the grievance?

   *Paul Rein Facility*

2. What did you claim in your grievance?

   *My 4Th, 5Th, 6Th, 8Th, and 14Th Amendments were abridged which caused a violation*

3. What was the result, if any?

   *Responded but no relief has been available by the administration.*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *I've appealed all the violations mentioned and I am still in custody.*

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  _N/A_

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  _N/A_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

  _N/A_

  *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.  N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ___NA___

3. Docket or index number

   ___NA___

4. Name of Judge assigned to your case

   ___N/A___

5. Approximate date of filing lawsuit

   ___N/A___

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: OBED MOLINA JR.
Prison Identification #: 511600950
Prison Address: Paul Rein Facility P.O. Box # 407003
Ft. Lauderdale, FL 33340
City / State / Zip Code

B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A / N/A / N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A

Defendant list

Michael J. Satz (105766) State Prosecutor Attorney
Jamel Marshall, Esq. (112624) Assistant State Attorney
John II Tolley State Attorney
Michael A. Usan (Judge)
Jack Tuter (Chief Judge)
Howard Finkelstein (Public Defender)
Nawal Najet Bashimam (Assistant Public Defender)
Brenda D. Forman (Clerk of Courts)
Broward County Courthouse, 201 S.E. 6th St. Ft. Lauderdale, FL 33301

Blackwood V.C. (18723) Officer; James S.R. (18302) Investigator
Carlson K.E. (16799) Supervisor; J. McKinney (18478) Officer
Edward J. Devivo (18129) Officer; Keena Vaughn (18597) Officer
Christopher, L.A. (15054) Investigator; Noordeloos, D.S. (17841) Superviso
Hendrickx, B.M. (18468) Investigator; Fuentes F. (18331) Supervisor
Coconut Creek Police Dept., 400 W. Copans Rd., Coconut Creek, FL 33063

Starkman M. (3483) Investigator; Edstrand L. (3012) Supervisor
Kitching A. (3517) Officer; Vegotsky S. (3057) Supervisor
Scot Sawyer (3521 or 04036) Detective; Snyder (0287) Detective
Margate Police Dept. 5790 Margate Blvd Margate, FL 33063

Gregory Tony (Broward County Sheriff)
Broward County Sheriff's Office 2601 W Broward Blvd.
                              Ft. Lauderdale, FL 33312

42 USC § 1983 Complaint

On December 23rd, 2016 while suffering the ill (extreme paranoia and hallucinations) effects of crack cocaine, crystal meth, and alcohol under the influence Appellant was arrested by Coconut Creek Police official(s) Victor C. Blackwood (badge #18723) and J. Mckinney (badge #18478) in the City of Coconut Creek, Florida. Mckinney tackled Appellant and stated "your in the wrong city, be glad I didnt shoot you." At the Coconut Creek Police Department Blackwood and Mckinney commenced interrogating Appellant for quit some time (approxiamately 1 hour) concerning a burglary that occured in Coconut Creek and another burglary in Margate, FL.

Blackwood stated "you have a history of burglaries and a prison record, so cooperate with us and we promise to talk to the State Attorney in order to help you in court." After not complying with Blackwood's offer Appellant plead the 5th and Mckinney became angry threatening Appellant with physical force stating "I will beat the crap out of you if you continue to play games with us try me I am a member of the swat team." Mckinney also stated in a aggressive tone that "Margate Detectives are not like us they use difference tactics to obtain information from people like you."

Appellant believed that in my current state of mind (under the influence) if I didnt cooperate with Mckinney he was going to physically hurt me while handcuffed. Under duress Appellant gave the type of statement that they wanted to hear. Later Appellant gave Margate Detective(s) Michael Starkman (badge #

1

3483) and Scot Sawyer (badge # 3521 or 04036) the same statement for fear of reprisal from all of the official(s) (Blackwood #18723; Mckinney # 18473; Starkman # 3483; and Sawyer # 3521 or 04036) of both organizations. Appellant recanted statements obtained by Coconut Creek Police Department and Margate Police Department due to Appellant being under the influence, induced, under duress, and coercion. Appellant rendered statements null and void

Appellant Due Process was violated of the 5th Amendment as adopted by the 14th Amendment. The Coconut Creek and Margate Official(s) violated Federal and State law under color of law Title 18 USC Chapter 13 sec. 241 - Conspiracy against Rights; Title 18 USC Chapter 13 sec. 242 - Deprivation of Rights.

Appellant has been detained in the Broward County Facility for a period of 3 (three) years. Since my incarceration I've contemplated committing suicide on several occasions and as a result placed in a mental health unit for observation. Appellant was formerly being prescribed with different mental health medications. Appellant recieved a dual diagnosis as a schizophrenic and bipolar depression. My mental health has degressed and I am in constant paranoia of any law enforcement officials. The psychological effects of my detainment has played a major role in the way I view the world, due to the injustice demonstrating unfair; bias; and total disregard for a human being.

2

Appellant has never been offered the privilege of rehabilitation. Appellant has not had the opportunity to spend quality time with my family members or close friends.

Coconut Creek Police Official(s) Blackwood #18723; James #18302; Carlson #16799; McKinney #18478; DeVivo #18129; Vaughn #18597; Christopher #15054; Noordeloos #17841; Hendrickx #18468; Fuentes #18331; and Margate Police Official(s) Starkman #3483; Edstrand #3012; Kitching #3517; Vejotsky #3051; Sawyer #3521 or 04036; and Snyder #0237 submitted their (editorial) Affidavit(s) denying Appellant the right to confront the accuser(s) of statement(s) exparte in court testimony. The Appellant cannot cross-examine an Affidavit. This is a violation of the Confrontation clause under the 6Th Amendment as adopted by the 14Th Amendment.

Appellant rightfully demanded to see the Judge(s) Michael A. Usan (Criminal Division) and Jack Tuter (Chief Judge of the 17th Judicial Circuit Court) their (6) required Oath(s) with properly executed jurat(s) to support and defend the United States Constitution and the State of Florida Constitution. Appellant provided these Judges with a Discovery to acquire proof of their Oaths and no response available. These Judges cannot provide me with the (6) Oaths, which by Federal and State law the Oaths must be placed on the record. The remaining Objection to this warrant is, that it was issued without the support of an Oath or Affirmation. This abridgment causes a violation of the 4Th Amendment as adopted by the 14Th Amendment.

3

On November 24th, 2019 (Assistant Public Defender) Nawal Najet Bashimam consulted with Appellant at the Paul Rein Facility. Appellant informed Bashimam that my U.S. Constitutional Rights were abridged which caused a violation of the 6th Amendment denying Appellant the right to confront my accuser(s). Appellant requested to Bashimam to adopt my Affidavit that I furnished to the Clerk of Courts. Bashimam refused to adopt my Affidavit stating "I don't see any Constitutional concerns that need to be addressed to the courts, so I am not adopting any Affidavits concerning the Constitution because I am not putting my name on the line to jeopardize my license". Appellant found that hard to believe since no Florida BAR member has a license to practice law. Appellant notified the Florida BAR (no. 20-7446) submitting a complaint of breach of trust and lack of confidence against Bashimam. During this consultation Bashimam committed a willfull and wreckless omission of facts that she raised the issue of bail reduction in the past several times. This is a 4th and 14th Amendments violation. Appellant was denied Due Process according to the 5th and 14th Amendments under color of law.

Appellant had a scheduled Faretta Hearing on December 5th, 2019 in Michael A. Usan courtroom. Bashimam stated to Usan "I scheduled a Faretta hearing after defendant and myself had differences, not happy with my services, and wanted to handle his own case." Usan refused to conduct a Faretta hearing and proceeded to conduct a change of plea hearing denying Appellant a Faretta hearing. Usan was attempting to trick Appellant with a change of plea to

4

sentence Appellant to 15 years in Dept. of Corrections. Appellant stated "If I am changing any plea I am going to withdraw my not guilty plea and enter a plea of jurisdiction, this court does not have jurisdiction" (on the record in open court). This court does not have jurisdiction to hold Appellant for trial. Usan cancelled the scheduled Faretta hearing stating "appeal this with the 4th DCA" denying Appellant Due Process. Usan refused to reschedule a Faretta hearing in open court. There should be no sanction or penalty imposed on the Appellant due to his excercise of U.S. Constitutional Rights, and to do so is a Violation of Appellants 5th and 14th Amendments.

On December 24th, 2019 Appellant recieved a letter dated on (12/13/19) from Bashimam containing willfull and wreckless omission of facts stating "As I have discussed with you and as the Judge explained to you the Affidavits and requests you have made in your case are not recognized as lawful documents and at the last court date the Judge attempted to conduct a Faretta inquiry but found that you are unable to go Pro se. The record in open court on (12/5/19) will illustrate a willfull and wreckless omission of facts. This is a 4th Amendment violation as adopted by the 14th Amendment.

Appellant requested to the State Prosecutor(s) in this case Michael J. Satz (bar no. 105766); Jamel Marshall (bar no. 112624); John II Tolley to produce Appellant with the bond on this criminal case. All criminal cases are obligated by law to have a bond on

5

every case they bring to court at the time of incident. The State Prosecutors are not responding to my request for the bond, 1099 OID, or the 1040 Tax Form. The fraud that the (17Th Judicial Circuit Court) has conspired and colluded against me is a travesty of justice. The prosecutors did not acquire the necessary bond to create an indictment but fraudulently brought the case forward. The state Prosecutors didnt bond the case in order to avoid paying the taxes, they are guilty of tax evasion. This is a violation of the 5Th and 14Th Amendments; Title 18 USC Chapter 13 sec. 241 - Conspiracy against Rights; Title 18 USC Chapter 13 sec. 242 - Deprivation Of Rights.

Coconut Creek Official(s) and Margate Official(s) submitted Affidavit(s) to the State Of Florida Prosecutor(s) in confidential exparte. Brenda D. Forman (Clerk of Courts) is securitizing my indictment, without my knowledge or consent which is a fraudulent act performed under color Of law. Gregory Tony (Broward County Sheriff) is detaining Appellant illegally in this concentration camp in order to generate revenue to maintain a profit for the state, the county, and themselves.

The following superior(s) Michael J. Satz (Prosecutor); Brenda D. Forman (Clerk Of Courts); Howard Finkelstein (Public Defender); Gregory Tony (Broward County Sheriff); Judge Jack Tuter (Chief Judge of the 17Th Judicial Circuit Court) are operating in connection for their own illicit financial gains of these organizations. This

6

is there custom under color of law to perform these unlawful acts. The fiduciary duty they uphold in office is to secure Appellant in bad faith for financial purposes without my permission or knowledge in order to violate my 4th, 5th, 6th, and 14th Amendments of the Federal and state Constitutions in this injustice 17th Judicial Circuit Court system; *Title 18 USC Chapter 13 sec. 241* - Conspiracy against Rights; *Title 18 USC Chapter 13 sec. 242* - Deprivation of Rights.

    Appellant is demanding the following relief set forth; A letter of apology from all the actor(s) involved in this travesty of justice. This incident be stricken from the official record. All of the proceeds from the securitization of my indictment be returned to me. The full brunt of the law be brought to bear on all of the unlawful actor(s) of this Constitutional and Civil Rights (1871) abridgment. I demand restitution in the amount of $200,000,000 million (Two Hundred Million) in lawful money - (Gold or Silver coin) [Article I sec. 10 of the United States Constitution] or Federal Reserve Notes (FRN) alternative means of compensation.

    I am: *Obed Molina Jr.*
Ex Relatione OBED MOLINA JR.
Propria Persona sui juris
UCC 1-308; 1-207; 1-203; 1-202
    All Rights Reserved

7

Case 0:20-cv-60121-RKA   Document 1   Entered on FLSD Docket 01/21/2020   Page 20 of 20



FOREVER USA — Barn Swallow

" Legal Mail "

FEDERAL COURTHOUSE
Clerk of the Courts
400 North Miami Ave. BN09
Miami, Florida 33128-7716

OBED MOLINA JR. #511600950
PAUL REIN FACILITY
P.O. BOX # 407003
FT. LAUDERDALE, FL 33340

" Legal Mail "